IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02392-RPM

LESLIE MURRAY,

    Plaintiff,

v.

CITY OF SHERIDAN and
CITY OF SHERIDAN POLICE AND FIRE PENSION PLAN,

    Defendants.

_____

### ORDER RE MOTION TO DISMISS ADA CLAIM
_____

**Upon review of Plaintiff's Motion to Dismiss ADA Claim [12], filed on May 26, 2009, it is**

**ORDERED that the motion is granted and the First Claim for Relief as set forth in the Complaint in the within matter is dismissed.**

**DATED: May 27th, 2009.**

                **BY THE COURT:**

                **s/Richard P. Matsch**

                _____

                **Richard P. Matsch, Senior District Judge**