IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02392-RPM-MEH

LESLIE MURRAY,

                    Plaintiff,

v.

CITY OF SHERIDAN and
CITY OF SHERIDAN POLICE AND FIRE PENSION PLAN,

                    Defendants.
_____

**ORDER RE STIPULATED MOTION FOR AMENDMENT OF SCHEDULING ORDER**
_____

        Upon consideration of the Stipulated Motion for Amendment of Scheduling Order

to delay discovery, disclosure and dispositive motion deadlines by thirty (30) days [14],

it is

        ORDERED that the motion is granted.  All discovery, disclosure and dispositive

motion deadlines are hereby delayed by thirty (30) calendar days.

        So ordered this 1st  day of June, 2009.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior District Judge