IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 08-CV-02392-RPM-MEH**

LESLIE MURRAY,

    Plaintiff,

v.

CITY OF SHERIDAN, et al.,

    Defendants.

_____

**ORDER RE UNOPPOSED MOTION TO DISMISS ALL CLAIMS EXCEPT ADEA CLAIMS OF PLAINTIFF**
_____

    Upon review of the Unopposed Motion to Dismiss all Claims Except ADEA Claims of Plaintiff [21] it is

    ORDERED that all claims for relief enumerated as 2 thru 6, inclusive, in the original Complaint are dismissed with prejudice, all parties to pay their own costs and attorney fees. The only remaining claim of Plaintiff is the First Claim for Relief, which is solely pertaining to the ADEA.

    So ordered this 13th day of July, 2009.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge