IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 08-CV-02392-RPM-MEH**

LESLIE MURRAY,

    Plaintiff,

v.

CITY OF SHERIDAN and
CITY OF SHERIDAN POLICE AND FIRE PENSION PLAN,

,
    Defendants.
_____

**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**
_____

    Upon review of the Stipulation to Dismiss All Claims with Prejudice, it is

    ORDERED that each and every claim asserted at any time in the captioned lawsuit is hereby dismissed with prejudice, each party to pay their own costs and attorney fees.

    So ordered this 27th day of July, 2009.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge